## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## SOUTHEASTERN DIVISION

| | |
|---|---|
| BRANDON WILLMON,                                )<br>                                                              )<br>                    Plaintiff,                        )<br>                                                              )<br>          v.                                                )<br>                                                              )<br>DG LOGISTICS, LLC, MARK BOREN,      )<br>AVIS BUDGET CAR RENTAL, LLC,          )<br>AND PV HOLDING CORPORATION,        )<br>                                                              )<br>                    Defendants.                        ) | Case No. 1:24-CV-0127-SNLJ |

### <u>MEMORANDUM AND ORDER</u>

Now before the court is Defendant Avis Budget Car Rental, LLC, Avis Rent A Car System, LLC, and PV Holding Corporation ("Avis") motion to dismiss this case against them for failure to state a claim upon which relief can be granted pursuant to 49 U.S.C. § 30106 and Fed. R. Civ. Pro. 12(b)(6). [Doc. 17]. The matter has been fully briefed and is ripe for adjudication. On February 24, 2025, this Court gave plaintiff Willmon 21 days to file a Second Amended complaint addressing deficiencies in Count VI in the First Amended Complaint. [Doc. 31]. On March 17, 2025, plaintiff filed its Second Amended Complaint. [Doc. 34]. As a result, defendant Avis's motion to dismiss the First Amended Complaint is now moot.

Accordingly,

**IT IS HEREBY ORDERED** that defendant Avis's motion to dismiss the First Amended complaint is DENIED as moot.

Dated this 19th day of March 2025.


_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE